ROSALIE CLARK *v.* WILLIAM C. CLARK.

[No. 96, October Term, 1931.]

*Decided March 2nd, 1932.*

The cause was argued before BOND, C. J., PATTISON, URNER, ADKINS, OFFUTT, PARKE, and SLOAN, JJ.

*Erwin Ira Ulman,* with whom was *Paul A. Ulman* on the brief, for the appellant.

*Preston A. Pairo,* for the appellee.

SLOAN, J., delivered the opinion of the Court.